

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 23-cv-21392-DPG

Michelle Maupin,

    Plaintiff

vs.

Troy Howard

    Defendant

ANSWER

1. Deny
2. Deny
3. Without Knowledge
4. Without Knowledge
5. Without Knowledge
6. Without Knowledge
7. Without Knowledge
8. Without Knowledge
9. Without Knowledge
10. Without Knowledge
11. Without Knowledge
12. Without Knowledge
13. Without Knowledge
14. Admit
15. Without Knowledge
16. Without Knowledge
17. Without Knowledge
18. Without Knowledge
19. Without Knowledge
20. Without Knowledge
21. Without Knowledge
22. Without Knowledge
23. Without Knowledge
24. Without Knowledge
25. Without Knowledge

26. Without Knowledge
27. Without Knowledge
28. Without Knowledge
29. Without Knowledge
30. 
31. Without Knowledge
32. Without Knowledge
33. Without Knowledge
34. Without Knowledge
35. Without Knowledge
36. Without Knowledge
37. Without Knowledge
38. Without Knowledge
39. Without Knowledge
40. Deny
41. Without Knowledge
42. Without Knowledge
43. Without Knowledge
44. Without Knowledge
45. Without Knowledge
46. Without Knowledge
47. Without Knowledge
48. Deny
49. Without Knowledge
50. Without Knowledge
51. Without Knowledge
52. Without Knowledge
53. Without Knowledge
54. Without Knowledge
55. Without Knowledge
56. Without Knowledge
57. Defendant admits that a lawsuit has been filed against the plaintiff, with a court date set for November 2023.  Defendant denies the second sentence of paragraph 57.
58. Without Knowledge
59. Defendant denies the first sentence for paragraph 59.  Defendant is without knowledge of the second sentence of paragraph 59.  Defendant is without knowledge of the third sentence of paragraph 59.
60. Without Knowledge
61. Without Knowledge
62. Without Knowledge
63. Deny
64. Without Knowledge
65. Deny
66. Without Knowledge
67. Deny
68. 
69. Deny
70. Deny

71. Without Knowledge
72.
73. Without Knowledge
74. Deny
75. Deny
76. Deny
77. Deny
78. Without Knowledge
79. Defendant is without knowledge of allegations in sentences one through five of paragraph 79. Defendant denies the allegations put forth in sentences six and seven. Defendant is without knowledge of the allegations put forth in sentences eight, nine, and ten of paragraph 79.
80. Without Knowledge
81. Without Knowledge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the plaintiff at her residence at 4408 SW 24th Street, West Park, FL 33023, as well as at her current work assignment at Stores & Mail Distribution, 7001 SW 4th Street, Miami, FL 33144.

_____
Defendant

Troy Howard
841 NE 80th Street
Miami, FL 33138