UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 23-cv-21392-DPG

Michelle Maupin,

    Plaintiff

vs.

Lolamaria Robbio

    Defendant

My individual responses to the allegations have been submitted in retaliation.

1. Negative, I have unknown knowledge of this accusation.
2. I was not hired at YMPA till May 9th, 2022, so I have no knowledge of such actions.
3. Uninformed, unknown information.
4. Uninformed, unknown information.
5. Uninformed, unknown information.
6. Uninformed, unknown information.
7. Partial information was uninformed, but I did not meet Ms. Maupin till May 9th, 2022.
8. Uninformed, unknown information.
9. Uninformed, unknown information.
10. Uninformed, unknown information.
11. Uninformed, unknown information.
12. Known information, but I did not meet Mr. Edouard till March of 2023 (for my interview)
13. Yes, this is correct.
14. Known information, but I did not meet Mr. Howard till August 17, 2023
15. Uninformed, unknown information.
16. Uninformed, unknown information.
17. Uninformed, unknown information.
18. Uninformed, unknown information.
19. Uninformed, unknown information.
20. Uninformed, unknown information.
21. Uninformed, unknown information.
22. Negative, I have unknown knowledge of this accusation.
23. Uninformed, unknown information.

24. Uninformed, unknown information.
25. Uninformed, unknown information.
26. Uninformed, unknown information.
27. Uninformed, unknown information.
28. Uninformed, unknown information.
29. Uninformed, unknown information.
30. There is no #30
31. Uninformed, unknown information.
32. Uninformed, unknown information.
33. Uninformed, unknown information.
34. Uninformed, unknown information.
35. Uninformed, unknown information.
36. Uninformed, unknown information.
37. Uninformed, unknown information.
38. Uninformed, unknown information.
39. Uninformed, unknown information.
40. Uninformed, unknown information.
41. Uninformed, unknown information.
42. Uninformed, unknown information.
43. Uninformed, unknown information.
44. Uninformed, unknown information.
45. Uninformed, unknown information.
46. Uninformed, unknown information.
47. Uninformed, unknown information.
48. Uninformed, unknown information.
49. Uninformed, unknown information.
50. Uninformed, unknown information.
51. Uninformed, unknown information.
52. Uninformed, unknown information.
53. Uninformed, unknown information.
54. Uninformed, unknown information.
55. Uninformed, unknown information.
56. Uninformed, unknown information.
57. Uninformed, unknown information.
58. Uninformed, unknown information.
59. Uninformed, unknown information.
60. Uninformed, unknown information.
61. Uninformed, unknown information.
62. Uninformed, unknown information.
63. Negative, I have unknown knowledge of this information.
64. Uninformed, unknown information.
65. Negative, I have unknown knowledge of this information.
66. Uninformed, unknown information.
67. Negative, I have unknown knowledge of this information.

68. There is no #68
69. Negative, I have unknown knowledge of this accusation.
70. Negative, I have unknown knowledge of this accusation.
71. Negative, I have unknown knowledge of this accusation.
72. There is no #72
73. Uninformed, unknown information. (I was not employed at YMPA in 2020)
74. Negative, I have unknown knowledge of this accusation.
75. Negative, I have unknown knowledge of this accusation.
76. Negative, I have unknown knowledge of this accusation.
77. Negative, I have unknown knowledge of this accusation.
78. Uninformed, unknown information.
79. Uninformed, unknown information.
80. Negative, I have unknown knowledge of this accusation.
81. Uninformed, unknown information.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the plaintiff at her residence at 4408 SW 24th Street, West Park, FL 33023, as well as at her current work assignment at Stores & Mail Distribution, 7001 SW 4th Street, Miami, FL 33144.

_[signature]_
Defendant

Lolamaria Robbio
3001 NW 2nd Ave.
Miami, Fl 33127