EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 510-2022-02350 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Michelle Maupin | 954-997-9664 | |

Street Address

4408 SW 24th Street

WEST PARK, FL 33023

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MIAMI-DADE COUNTY PUBLIC SCHOOL | 501+ Employees | (305) 995-7120 |

Street Address

1450 NE 2ND AVE STE 929

MIAMI, FL 33132

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| Disability, Retaliation | 03/01/2020        12/22/2022 |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an individual with a permanent disability. I am currently employed by Miami-Dade County Public Schools. During the 2020-2021 school year, I requested to teach from home as the district allowed teachers with disabilities to work from home. During and after being accommodated, my Principal, Pierre Edouard subjected me to ongoing harassment. In addition to the ongoing, intentional bullying I have experienced, Mr. Edouard filed a Title IX complaint with the regional office stating that I told students, faculty, staff, parents and District employees that he is gay. This is false. On December 14, 2022, the Title IX case closing letter was sent to me. The investigators found that I was NOT RESPONSIBLE. In addition, on or about December 14, 2022, Ms. Robbio, the new guidance counselor and a member of the principal's leadership team, wrote and printed a petition and directed the students to pass it around to each class to retrieve signatures. In the petition, she requested that I be removed from the school. I complained to the regional office and requested an investigation of the petition on December 15, 2022. Unbeknownst to me, on December 16, 2022, in retaliation for complaining an investigation against me was initiated because I spoke to students about the petition. On Saturday, December 17, outside of regular work hours, I received a call from my principal advising me to report to the Central Region office on Monday. I was under the impression that I was meeting to discuss the petition that was written about me, the violation my rights and violation of Code of Ethics 3210. A. 22

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Ms. Michelle Maupin**<br>**12/22/2022** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

**COMPOSITE EXHIBIT "A"**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**510-2022-02350** |
|---|---|---|

| **Florida Commission On Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

and 23. On Monday, December 19, 2022, I went to the Central Region at 8 :00 a.m. Instead of being interviewed about the petition against me, Brenda Swain, Regional Admin. Director, advised me that I was being investigated and I was moved to an alternate assignment. I believe that I have experienced ongoing bullying and harassment. My work assignment has been unlawfully altered. I believe was retaliated and discriminated against based on my disability in violation of Title I of the Americans with Disabilities Act (ADAAA) of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Michelle Maupin**<br><br>**12/22/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/11/2023

**To:** Ms. Michelle Maupin
4408 SW 24th Street
WEST PARK, FL 33023
Charge No: 510-2022-02350

EEOC Representative and email:     LAVERNE FORESHAW
Investigator
laverne.foreshaw@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2022-02350.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
01/11/2023

Evangeline Hawthorne
Director

**Cc:**
Sergio  Nieves
Miami-Dade County Public Schools
155 NE 15TH ST STE P104E
Miami, FL 33132


Please retain this notice for your records.