UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21392-RNS

MICHELLE MAUPIN ,

Plaintiff,

v.

THE SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA, et al.,

Defendant.

_____/

FILED BY_____ D.C.

NOV 03 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff, Michelle Maupin, respectfully moves the Court for leave to file the attached Amended Complaint.

Rule 15 provides that, "...a party may amend its pleading only with the opposing party's consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). If the Court grants permission to amend the Complaint, there would be no substantial or undue prejudice, bad faith, or undue delay.

The Plaintiff seeks to allege new counts based upon recently discovered practices and conduct by the Defendants. The need for additional counts was discovered as the Complaint was reviewed to assuage the Defendants' concerns about a "Shotgun Pleading". The Plaintiff has clarified the Complaint and the paragraphs that pertain to each claim have been specifically identified. The Amended Complaint also removes the Defendants against whom Default Entries

were made. The Plaintiff has already filed a Motion for Default Judgment against those Defendants.

For these reasons and those stated above, the Plaintiff respectfully requests that the Court grant the Plaintiff leave to file the attached Amended Complaint.

Date:  November 3, 2023

Respectfully submitted,

Michelle Maupin, *pro se*

4408 SW 24th Street

West Park, FL 33023

9549979663

msmmauupin@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed today, on Friday, November 3, 2023, the foregoing with

the Federal Clerk of the Court for the Southern District of Florida, which will send notification

of such filing to all persons registered for this case, including the Defendants' counsel.

Respectfully submitted,

Michelle Maupin, *pro se*

4408 SW 24th Street

West Park, FL 33023

Phone:  9549979663

email: msmmauupin@aol.com